STATE OF NEW JERSEY v. MELVIN G. HALL.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v.
JOSEPH FRANCIS VASSALLUZZO.

March 2, 1971. Petition for certification granted. (See 113 *N. J. Super.* 140).

STATE OF NEW JERSEY v. ALFRED PEREZ.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD MARION.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. HERMAN L. GREGORY.

March 2, 1971. Petition for certification denied.

ROSS PETERSON v. CASALE INDUSTRIES, INC.

March 2, 1971. Petition for certification denied.